**Jesse I. Santana (State Bar No. 132803)**
**The Santana Law Firm**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Leonardo Contreras

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0468 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| JOSE PENA, et. al. | |
| Defendants. | Date: November 1, 2011 |
| / | Time: 9:30 a.m. |
| | Hon. John A. Mendez |

The parties request that the current status conference in this case be continued from November 1, 2011 to January 10, 2012 at 9:30 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T-4.

Defense counsel need additional time to review the discovery and to conduct further investigation in this case. For these reasons, the parties jointly request a new status conference date, and that the time period from November 1, 2011, to and including January 10, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4

1

for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: October 28, 2011            /s/ Jesse I. Santana
JESSE I. SANTANA

Attorney for Defendant
Leonardo Contreras

Date: October 28, 2011.           /s/ Michael Long
MICHAEL LONG

Attorney for Defendant
Jose Pena

Date: October 28, 2011.           /s/ Erin Radekin
ERIN RADEKIN

Attorney for Defendant
Damian Cervantes

Date: October 28, 2011.           /s/ Carl Larson
CARL LARSON

Attorney for Defendant
Oscar Virrueta

Date: October 28, 2011.           /s/ Benjamin Galloway
BENJAMIN GALLOWAY

Attorney for Defendant
Victor Cruz

Date: October 28, 2011.           /s/ Heiko P. Coppola
HEIKO P. COPPOLA

Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 28, 2011.  /s/ John A. Mendez
JOHN A. MENDEZ

U.S. DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT