DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 10-468-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JOSE PENA, et al., | Date: February 7, 2012 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: Honorable John A. Mendez |

The parties request that the current status conference in this case be continued from January 10, 2012 to February 7, 2012 at 9:30 a.m.. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Two of the undersigned entered the case relatively recently and need additional time to review the discovery and to conduct further investigation in this case focusing on the plant count, translated wire recordings, and other issues. In addition, another of the undersigned recently suffered an injury which greatly limits mobility and will

preclude appearance the presently set status conference.  For these reasons, the parties jointly request a new status conference date, and that the time period from January 4, 2012, to and including February 7, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Dated: January 4, 2012          Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender


                                /s/ Ben Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                Victor Cruz

                                /s/ Jesse I. Santana
                                JESSE I. SANTANA
                                Attorney for Defendant
                                Leonardo Contreras

                                /s/ Michael Long
                                MICHAEL LONG
                                Attorney for Defendant
                                Jose Pena


                                /s/ Erin Radekin
                                ERIN RADEKIN
                                Attorney for Defendant
                                Damian Cervantes


                                /s/ Carl Larson
                                CARL LARSON
                                Attorney for Defendant
                                Oscar Virrueta


                                /s/ Heiko P. Coppola
                                HEIKO P. COPPOLA
                                Assistant U.S. Attorney

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | Based on the stipulation of the parties and good cause appearing |
| 3 | therefrom, the Court hereby finds that the failure to grant a |
| 4 | continuance in this case would deny defense counsel reasonable time |
| 5 | necessary for effective preparation, taking into account the exercise |
| 6 | of due diligence. The Court specifically finds that the ends of |
| 7 | justice served by the granting of such continuance outweigh the |
| 8 | interests of the public and the defendant in a speedy trial. Based on |
| 9 | these findings and pursuant to the stipulation of the parties, the |
| 10 | Court hereby adopts the stipulation of the parties in its entirety as |
| 11 | its order. Time is excluded from computation of time within which the |
| 12 | trial of this matter must be commenced beginning from the date of the |
| 13 | stipulation, January 4, 2012, through and including February 7, 2012, |
| 14 | pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for |
| 15 | defense counsel to prepare] and Local Code T4. A new status conference |
| 16 | date is hereby set for February 7, 2012, at 9:30 a.m.. |

DATED: 1/4/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge