**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAMION C. CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMION C. CERVANTES,<br><br>Defendant. | 2:10-CR-00468 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola; Jose Melecio Pena, by and through his counsel, Michael D. Long; defendant, Leonardo Contreras, by and through his counsel, Jesse I. Santana; defendant, Victor Cruz, by and through his counsel, Benjamin D. Galloway; defendant, Oscar Virrueta, by and through his counsel, Carl E. Larson; and defendant Damion C. Cervantes, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 7, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to May 8, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that additional time is needed for review of the translations of the tape recordings, investigation and other defense preparation, and plea negotiations. The Court is advised that Mr. Coppola, Mr. Long, Mr. Santana, Mr. Galloway, and Mr. Larson concur with this

request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until May 8, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 6, 2012                     BENJAMIN WAGNER
                                            United States Attorney

                                      By:      /s/ Heiko P. Coppola
                                            HEIKO P. COPPOLA
                                            Assistant United States Attorney

Dated: February 6, 2012                         /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Defendant
                                            JOSE MELECIO PENA

Dated: February 6, 2012                         /s/ Jesse I. Santana
                                            JESSE I. SANTANA
                                            Attorney for Defendant
                                            LEONARDO CONTRERAS

Dated: February 6, 2012                         /s/ Benjamin D. Galloway
                                            BENJAMIN D. GALLOWAY
                                            Attorney for Defendant
                                            VICTOR CRUZ

Dated: February 6, 2012                         /s/ Carl E. Larson
                                            CARL E. LARSON
                                            Attorney for Defendant
                                            OSCAR VIRRUETA

Dated: February 6, 2012                         /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            DAMION C. CERVANTES

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of February 7, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on May 8, 2012 at 9:30 a.m. The Court finds excludable time in this matter through May 8, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 2/6/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge