1  **Jesse I. Santana (State Bar No.  132803)**
   **The Santana Law Firm**
2  The Historic Winship Building
   500 Second Street
3  Yuba City, CA 95991
   TEL: (530) 822-9500
4  FAX: (530) 751-7910

5  Attorney for Defendant
   Leonardo Contreras
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,              No. 2:10-CR-0468 JAM

12          Plaintiff,

13          v.                             **STIPULATION AND ORDER TO EXCLUDE
                                           TIME**
14
    JOSE PENA, et. al.
15                                         Date:   July 17, 2012
            Defendants.                    Time:   9:30 a.m.
16  _____/        Hon. John A. Mendez

17

18          Plaintiff, United States of America, by and through it's counsel, Assistant United States

19  Attorney Heiko P. Coppola; Damion C. Cervantes, by and through his counsel, Erin J. Radekin; and

20  Leonardo Contreras, by and through his counsel, Jesse I. Santana, agree and request to stipulate to

21  the current status conference in this case be continued from July 17, 2012 at 9:30 a.m. to August 14,

22  2012 at 9:45 a.m.  The parties stipulate that the ends of justice are served by the Court excluding

23  such time, so that counsel for the defendants may have reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h) (7) (B) (iv) and

25  Local Code T-4.

26

27          Defense counsel needs additional time to conduct further investigation in this case and also

28                                              1

discuss recent settlement offers that have been extended to the defendants. For these reasons, the parties jointly request a new status conference date, and that the time period from July 17, 2012, to and including August 14, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: July 13, 2012.                /s/ Jesse I. Santana
                                 JESSE I. SANTANA

                                 Attorney for Defendant
                                 Leonardo Contreras

Date: July 13, 2012.                /s/ Erin Radekin
                                 ERIN RADEKIN

                                 Attorney for Defendant
                                 Damian Cervantes

Date: July 13, 2012.                /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA

                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **ORDER**

    FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 16, 2012.             /s/ John A. Mendez
                                 JOHN A. MENDEZ

                                 U.S. DISTRICT COURT  JUDGE
                                 UNITED STATES DISTRICT COURT