DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
JOSE PENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:10-cr-468 JAM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| JOSE PENA ET. AL., ) | |
| Defendant. ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Samuel Wong, defendant Leonardo Contreras through his undersigned counsel Jesse Santana, and defendant Jose Pena through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of September 18, 2012, be vacated and the matter set for status conference on October 30, 2012, at 9:45 a.m.

    The reason for this request is that the above-named defense counsel need additional time to review discovery, conduct investigation, and/or engage in other defense preparation. The parties, in particular, acknowledge that Mr. Samuel just recently substituted into the case for defendant Pena. The parties further agree and stipulate that the Court shall order the time period from the filing of this stipulation, September 13, 2012, until October 30, 2012 , shall be excluded in computing the time period within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow reasonable time necessary for effective defense

preparation, taking into account the exercise of due diligence.

It is further agreed and stipulated that the Court shall find that the ends of justice served in granting the request for this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation in its entirety as its order.


DATED: September 13, 2012    By:      /s/  
                                                    DWIGHT M. SAMUEL  
                                                  Attorney for Defendant  
                                                  JOSE PENA

DATED: September 13, 2012         /s/  
                                                  SAMUEL WONG  
                                                  Assistant U.S. Attorney

DATED: September 13, 2012         /s/  
                                                  JESSE I. SANTANA  
                                                  Attorney for Defendant  
                                                  LEONARDO CONTRERAS

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 13, 2012, to and including October 30, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the September 13, 2012, status conference shall be continued to October 30, 2012, at 9:45 a.m.

IT IS SO ORDERED.

DATED: 9/13/2012

/s/ John A. Mendez

John A. Mendez
United States District Court Judge