DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
JOSE PENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
          Plaintiff,   )   NO. 2:10-cr-468 JAM
             )
    v.   )   STIPULATION AND ORDER
             )   MODIFYING DEFENDANT JOSE PENA
JOSE PENA ET. AL.,   )   CONDITION OF RELEASE
             )
          Defendant.   )
_____   )

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Samuel Wong, and defendant Jose Pena through his undersigned counsel Dwight Samuel, hereby agree and stipulate that Defendant Pena's drug testing condition be terminated as recommended by Pretrial Services. Defendant has been under Pretrial Services supervision since October 2010, and has never submitted a positive drug test for any illegal substances.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation in its entirety as its order.

DATED: February 4, 2013                    By:       /s/
                                                           DWIGHT M. SAMUEL
                                                           Attorney for Defendant
                                                           JOSE PENA

////////

DATED: February 4, 2013

        /s/
SAMUEL WONG
Assistant U.S. Attorney

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

DATED: 2/6/2013

/s/ John A. Mendez
John A. Mendez
United States District Court Judge