ERIN J. RADEKIN
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAMION C. CERVANTES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAMION C. CERVANTES,<br><br>  Defendant. | 2:10-CR-00468 JAM<br><br>**STIPULATION AND ORDER TO ADVANCE JUDGMENT AND SENTENCING** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Samuel Wong, and defendant, Damion C. Cervantes, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, April 23, 2013 at 9:45 a.m., in the above-captioned matter, and to advance judgment and sentencing to April 16, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that Mr. Cervantes is time-served under the terms of the plea agreement and the recommendations of the pre-sentence report. The Court is advised that Mr. Wong concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 6, 2013                                BENJAMIN WAGNER
                                                    United States Attorney

| | |
|---|---|
| By: | /s/ Samuel Wong |
| | SAMUEL WONG |
| | Assistant United States Attorney |

Dated: April 6, 2013          /s/ Erin J. Radekin
                              ERIN J. RADEKIN
                              Attorney for Defendant
                              DAMION C. CERVANTES

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the judgment and sentencing date of April 23, 2013 at 9:45 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on April 16, 2013 at 9:45 a.m.

IT IS SO ORDERED.

Dated:   4/8/2013             /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court Judge