```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-468 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING DISCOVERY MOTION** |
| v. | ) **HEARING DATE AND EXTENDING** |
|  | ) **BRIEFING SCHEDULE ON** |
| JOSE PENA ET. AL., | ) **DEFENDANTS' DISCOVERY MOTION** |
| Defendants. | ) |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Jose Pena and Leonardo Contreras, on the other hand, through their respective counsel, subject to the approval of the Court, that:

1. The United States' opposition to defendants' discovery motion shall be due on Monday, July 22, 2013; and

///

///

///

1

2.   The hearing on defendants' discovery motion shall be held on Monday, July 29, 2013, at 2:00 p.m.

DATED: July 17, 2013                    /s/ Dwight M. Samuel

                                        DWIGHT M. SAMUEL
                                        Attorney for Defendant
                                        JOSE PENA


DATED: July 17, 2013                    /s/ Jesse I. Santana

                                        JESSE I. SANTANA
                                        Attorney for Defendant
                                        LEONARDO CONTRERAS


Dated:  July 17, 2013

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Samuel Wong

                                        _____

                                   By:  SAMUEL WONG
                                        Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, it is ordered that:

1. The United States' opposition to defendants' discovery motion shall be due on July 22, 2013; and

3. The hearing on defendants' motion previously noticed for hearing before Magistrate Judge Kendall J. Newman shall be held on July 29, 2013, at 2:00 p.m., before Magistrate Judge Alison Claire.

Dated: July 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE